COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 January 29, 2015
 No. 10-14-00265-CV
IN RE DEMILEC (USA) INC. AND POLYURETHANE SYSTEMS (USA), LLC F/K/A DEMILEC (USA), LLC
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The parties' agreed motion to dismiss this original proceeding was considered by the Court. The Court grants the motion. It is the judgment of this Court that the petition for writ of mandamus is dismissed. 
 Pursuant to the agreement of the parties as to costs, it is further ordered that costs of this proceeding are taxed against the party incurring same.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM

 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk